United States District Court
Southern District of Texas
**ENTERED**
March 06, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 4:17-CV-2048 |
| OPF ENTERPRISES, LLC, | § § § | |
| *Defendant*. | § | |

# FINAL JUDGMENT

In accordance with the Memorandum and Order entered February 13, 2020, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 44, is **GRANTED**. It is further **ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 43, is **DENIED**.

This is a final, appealable judgment.

Signed at Houston, Texas, on March 6, 2020.

_____
**Dena Hanovice Palermo
United States Magistrate Judge**